## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BP AMOCO CHEMICAL COMPANY, )<br><br>Plaintiff/Counter–Defendant, )<br><br>v. )<br><br>FLINT HILLS RESOURCES LLC, )<br><br>Defendant/Counter–Plaintiff. )<br>_____ )<br>FLINT HILLS RESOURCES LLC, )<br><br>Third-Party Plaintiff, )<br><br>v. )<br><br>BP CORPORATION NORTH AMERICA INC., )<br><br>Defendant. )<br>_____ ) | Consolidated Case No. 05 C 5661<br><br>Judge Amy J. St. Eve |

**DAUBERT MOTION NO. 1: FHR'S PRINCIPAL DAMAGES EXPERTS**

**COMPENDIUM OF UNREPORTED CASES IN SUPPORT OF BP AMOCO
CHEMICAL COMPANY AND BP CORPORATION NORTH AMERICA INC.'S
MEMORANDUM IN SUPPORT OF THEIR MOTION TO EXCLUDE THE OPINIONS
OF SHARON MOORE BETTIUS AND JEFFREY BALIBAN**

Richard C. Godfrey, P.C. (ARDC #3124358)
Scott W. Fowkes, P.C.(ARDC #6199265)
Drew G.A. Peel (ARDC #6209713)
R. Chris Heck (ARDC #6273695)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

William L. Patberg (admitted *pro hac vice*)
SHUMAKER, LOOP, & KENDRICK, LLP
1000 Jackson Street
Toledo, Ohio 43624
(419) 321-1434

## TABLE OF CONTENTS

| Tab | Case |
|:---:|------|
| 1 | *Elkins v. Ocwen Fed. Savs. Bank,* 2007 WL 4125747 (N.D. Ill. Nov. 13, 2007) |
| 2 | *Euroholdings Capital & Inv. Corp.,* 2009 WL 650373 (N.D. Ill. Mar. 11, 2009) |
| 3 | *Martinez v. Sakurai Graphics Sys. Corp.,* 2007 WL 2570362 (N.D. Ill. Aug. 30, 2008) |
| 4 | *Petersen v. Cordes,* 2003 WL 22533664 (N.D. Ill. Nov. 6, 2003) |
| 5 | *R.J. Reynolds Tobacco Co. v. Premium Tobacco Stores, Inc.,* 2004 WL 1613563 (N.D. Ill. July 19, 2004) |
| 6 | *Van Houten-Maynard v. ANR Pipeline Co.,* 1995 WL 311367 (N.D. Ill. May 19, 1995) |
| 7 | Vigortone AG Prods., Inc. v. PM AG Prods, Inc., 2004 WL 783075 (N.D. Ill. Jan. 15, 2004) |