**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

BP Amoco Chemical Company
                               Plaintiff,

v.                                                      Case No.: 1:05−cv−05661
                                                               Honorable Amy J. St. Eve

Flint Hills Resources, LLC
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 14, 2009:

       MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 7/14/2009 and continued to 7/16/2009 at 09:45 AM. For the reasons stated in open court, BP's motion to bar the opinion of Jeffrey Baliban [378] is denied. The Court finds Mr. Baliban's testimony satisfies the mandates of Federal Rule of Evidence 702 and Daubert. As to Dr. Van Brunt, the court takes the MAN catalyst testimony under advisement. As to Dr. Van Brunt's other two opinions, the Court finds Dr. Van Brunt's testimony satisfies the mandates of Federal Rules of Evidence 702 and Daubert. Flint Hills' post−hearing brief, limited to 10 pages or less, as to Eric Sullivan to be filed on or before 7/28/09. Response, limited to 7 pages, to be filed on or before 8/4/09. Replies to the pending motions in limine to be filed by noon on 7/17/09, with a courtesy copy to be delivered to chambers at that time.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.